# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER VALENTINE,<br><br>                           Petitioner,<br><br>vs.<br><br>KELLY HARRINGTON, et al.,<br><br>                           Respondents. | Civil No.   11-0344 JAH (JMA)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

      Petitioner, Alexander Valentine, a state prisoner proceeding with counsel, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 and has paid the $5.00 filing fee. This case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## **PETITION BARRED BY GATEKEEPER PROVISION**

      The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his March 17, 1998 conviction in San Diego Superior Court case No. SCD 122660. On April 18, 2001, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in case No. 01cv0681. In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCD 122660 as well. On January 7, 2004, this Court conditionally granting the petition on the merits. (*See* Order filed Jan. 7, 2004 in case No. 01cv0681 J (RBB) [Doc. No. 27].) Both Petitioner and Respondent appealed that determination. On November 7, 2005, the Ninth Circuit Court of Appeals reversed in part and affirmed in part

1 this Court's decision. (*See* Order in *Valentine v. Giurbino*, Nos. 04-55208 and 0455365 (9th
2 Cir. Nov. 7, 2005).)

3     Petitioner is now seeking to challenge the same conviction he challenged in his prior
4 federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the
5 appropriate court of appeals authorizing the district court to consider a successive petition, the
6 petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no
7 indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive
8 petition.

## CONCLUSION

10     Because there is no indication Petitioner has obtained permission from the Ninth Circuit
11 Court of Appeals to file a successive petition, this Court cannot consider his Petition.
12 Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition
13 in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals. ***The***
14 ***Clerk of Court is directed to mail Petitioner a blank Application for Leave to File Second or***
15 ***Successive Petition or Motion Under 28 U.S.C. § 2254.***

16     **IT IS SO ORDERED.**

18 DATED: March 3, 2011

John A. Houston
United States District Judge